IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHNAM KHEYRADDINI MOUSAVI,

    Plaintiff,

vs.                                                           Civ. No. 25-1326 KRS/SCY

UNIVERSITY OF NEW MEXICO
HOSPITAL,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR REMOTE APPEARANCE

    This matter comes before the Court on Plaintiff's Motions to Proceed in Writing or Appear Remotely by Videoconference, Docs. 11 & 12. Plaintiff, who is proceeding pro se, requests an order from the Court excusing all in-person appearances because his health does not permit him to travel to New Mexico. The Court denies the motion without prejudice. There are currently no in-person matters set in this case. The Court declines to issue a blanket order permitting remote appearance for all proceedings in the case. Instead, the Court will consider, and the parties should confer about, remote appearances on a case-by-case basis as the issue arises.

    **IT IS SO ORDERED.**

                                                            _____
                                                            **STEVEN C. YARBROUGH**
                                                             **UNITED STATES MAGISTRATE JUDGE**